IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 3:10-00090 |
| | ) | CHIEF JUDGE HAYNES |
| DENVER TANGREN | ) | |

**MOTION TO CONTINUE PLEA HEARING**

Come the parties and jointly move the Court to reset the plea hearing in this matter currently set for **October, 19, 2012 at 2:30 p.m.**

The parties would show that a settlement is likely, however there are additional matters to be discussed and resolved prior to such settlement. Parties jointly move the court to reset the plea hearing for December 10, 2012, if available. Alternatively, the parties would reset the hearing for December 3, 2012 or December 7, 2012.

Respectfully submitted,

*[handwritten notation: Granted. This motion is granted. Plea hearing is reset for December 10, 2012 at 3:00 pm. /s/ [signature] 10-22-12]*

s/Travis Hawkins, BPR 17395
THE HAWKINS LAW FIRM, PLLC
120 Old Liberty Pike
Franklin, Tennessee 37064
(615) 599-1010


s/Brent Hannafan By GTH with permission
Mr. BRENT HANNAFAN, Esq.
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203